IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DANIEL GARNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 13-1326-MJR-DGW |
| GUARANTEE ELECTRICAL COMPANY, | ) | |
| GUARANTEE ELECTRICAL | ) | |
| CONSTRUCTION COMPANY, | ) | |
| BUNGE-SCF GRAIN, LLC, | ) | |
| ALBERICI CONSTRUCTORS, INC., | ) | |
| AMBASSADOR STEEL FABRICATION, | ) | |
| LLC, and | ) | |
| VEE-JAY CEMENT CONTRACTING | ) | |
| COMPANY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

COMES NOW Defendant, Alberici Constructors, Inc. ("Alberici"), a defendant in the above-captioned matter which is currently pending in the Circuit Court of St. Clair County, State of Illinois, and, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removes the pending case to the United States District Court for the Southern District of Illinois. In accordance with the provisions of 28 U.S.C. § 1446(a) and the Local Rules, Alberici respectfully shows the Court:

1. On or about November 8, 2013, Daniel Garnett ("Plaintiff") filed a Complaint in the Circuit Court of St. Clair County, IL, State of Illinois, Case No. 13-L-573 (the "St. Clair County Case"). *See* **Exhibit 1** at 3 (Court file from Case 13-L-573).

2. The Complaint named as defendants the following:

    a. Guarantee Electrical Company;

    b. Guarantee Electrical Construction Company;

    c. Bunge-SCF Grain, LLC;

    d. Alberici Constructors, Inc.;

    e. Ambassador Steel Fabrication, LLC; and

    f. Vee-Jay Cement Contracting Company, Inc.

3. On or about November 22, 2013, Plaintiff served Alberici by causing a copy of the Complaint to be served on Alberici's registered agent, CT Corporation.

4. Plaintiff is a citizen of Illinois.

5. Guarantee Electrical Company is organized under the laws of Missouri, with its principal place of business in Missouri. Therefore, Guarantee Electrical Company is a citizen of Missouri for diversity purposes.

6. Guarantee Electrical Construction Company is organized under the laws of Missouri, with its principal place of business in Missouri. Therefore, Guarantee Electrical Construction Company is a citizen of Missouri for diversity purposes.

7. Bunge-SCF Grain, LLC ("Bunge-SCF") is a limited liability company. "The citizenship of a limited liability company for diversity purposes is the citizenship of each of its members." *Laroe v. Cassens & Sons, Inc.*, 472 F. Supp. 2d 1039, 1040 (S.D. Ill. 2006). Bunge-SCF's members are Bunge North America, Inc. ("BNA") and SCF Agri/Fuels, LLC, which changed its name to SCF Terminals, LLC ("SCF Terminals").

   a. BNA is organized under the laws of New York, with its principal place of business in Missouri.

   b. SCF Terminals's sole member is SEACORE Inland River Transport, Inc. ("SEACORE"). SEACORE is organized under the laws of Delaware, with its principal place of business in Missouri.

Therefore, Bunge-SCF is a citizen of New York, Delaware, and Missouri for diversity purposes.

8. Alberici is organized under the laws of Missouri, with its principal place of business in Missouri. Therefore, Alberici is a citizen of Missouri for diversity purposes.

9. Ambassador Steel Fabrication, LLC's ("Ambassador Steel Fabrication") sole member is Ambassador Steel Corporation ("Ambassador Steel"). Ambassador Steel is organized under the laws of Indiana, with its principal place of business in Indiana. Therefore, Ambassador Steel Fabrication is a citizen of Indiana for diversity purposes.

10. Vee-Jay Cement Contracting Company, Inc. ("Vee-Jay") is organized under the laws of Missouri, with its principal place of business in Missouri. Therefore, Vee-Jay is a citizen of Missouri for diversity purposes.

11. There is complete diversity of citizenship between Plaintiff, on the one hand, and Guarantee Electrical Company, Guarantee Electrical Construction Company, Bunge-SCF, Alberici, Ambassador Steel Fabrication and Vee-Jay, on the other hand.

12. In his Complaint, Plaintiff claimed his damages are "in excess of" $50,000, which is the jurisdictional threshold amount in St. Clair County Circuit Court. (Complaint at 2.) Additionally, Plaintiff's Complaint provided Plaintiff suffered "severe and permanent injuries, both externally and internally" and that Plaintiff "suffered great pain and anquish, both in mind and body, and will in the future continue to suffer and require medical attention." (Complaint at 2 (¶6).)

13. The Seventh Circuit recently held the in excess of $75,000 amount in controversy requirement for diversity jurisdiction was satisfied when the plaintiff alleged his damages exceeded $50,000, and he also alleged he suffered severe and permanent injuries. *See Walton v. Bayer Corp.*, 643 F.3d 994, 998 (7th Cir. 2011).

14. Similarly here, Plaintiff's prayer for relief in excess of $50,000, combined with his description of severe and permanent injuries, makes clear he is seeking damages in excess of $75,000, exclusive of interest and costs.

11492103

4

15.     Because of complete diversity of citizenship between Plaintiff and the defendants, and the amount in controversy clearly exceeds $75,000, the Court has original subject matter jurisdiction over the St. Clair County Case pursuant to 28 U.S.C. § 1332, and the action is removable to this Court pursuant to 28 U.S.C. § 1441.

16.     Contemporaneously with the filing of this Notice of Removal, the undersigned has served written notices on counsel for Plaintiff, and the Clerk of the Circuit Court of St. Clair County, as provided by 28 U.S.C. § 1446(d). The Notice of Removal is attached hereto as **Exhibit 2.**

17.     Defendants Guarantee Electrical Company, Guarantee Electrical Construction Company, Bunge-SCF, Ambassador Steel Fabrication, and Vee-Jay have consented to removal. *See* **Exhibits 3-7**.

**WHEREFORE,** Defendant Alberici Constructors, Inc. gives notice that the St. Clair County Case is herewith removed to the United States District Court for the Southern District of Illinois.

Dated this 20th day of December, 2013

Respectfully submitted,

BROWN & JAMES, P.C.

/s/ *Todd A. Lubben*

Todd A. Lubben, Lead Counsel
IL #6277929
800 Market Street, Suite 1100
St. Louis, Missouri 63101
Phone: (314) 421-3400
Fax: (314) 421-3128
E-mail: tlubben@bjpc.com

*Attorneys for Defendant Alberici Constructors, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing *Notice of Removal* was filed electronically with the Clerk of Court, to be served by operation of the Court's electronic filing system, and also served upon the following counsel of record by placing same in United States Mail, with proper postage affixed thereto, and addressed as follows:

Kenneth B. Beljanksi
Brown & Brown LLP
5440 North Illinois, Suite 101
Fairview Heights, IL  62208
*Attorneys for Plaintiff*

Paul Petruska
Law Office of Craig A. Hansen
701 Market Street, Suite 200
St. Louis, MO  63101
*Attorneys for Defendant Ambassador Steel Fabrication, LLC*

Doug Mertzlufft
Guarantee Electrical Company
Guarantee Electrical Contracting Company
3405 Bent Avenue
St. Louis, MO  63116

Byron A. Bowles, Jr.
McAnany, VanCleave & Phillips, P.A.
10 E. Cambridge Circle Drive
Suite 300
Kansas City, KS  66103
*Attorneys for Defendant Bunge-SCF Grain, LLC*

David C. Berwin
Evans & Dixon, LLC
211 North Broadway, Suite 2500
St. Louis, MO 63102
*Attorneys for Defendant Vee-Jay Cement Contracting Company, Inc.*

Dated this 20th day of December, 2013

/s/ Todd A. Lubben
---
Counsel for Defendant Alberici Constructors, Inc.